IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN TECHNOLOGY VENTURE GROUP, LLC,<br><br>   Plaintiff,<br> v.<br><br>ONE WAY SHOPPING, LLC,<br><br>   Defendant. | **CASE NO. 12-cv-363-wmc** |

**STIPULATED JUDGMENT**

Plaintiff Wisconsin Technology Venture Group, LLC, by and through its counsel of record, and Defendant One Way Shopping, LLC, as authorized by its principal and sole owner, Elijah Gichuhi, stipulate and consent to entry of the following judgment:

1. Judgment is entered in favor of Wisconsin Technology Venture Group, LLC, against One Way Shopping, LLC, in the amount of $50,000.
2. Plaintiff's claims are dismissed with prejudice.
3. Defendant's counterclaims are dismissed with prejudice.
4. Each party shall be liable for its own costs.
5. Each party shall be liable for its own attorneys' fees.

IT IS STIPULATED AND AGREED.

Presented by:

NEWMAN DU WORS LLP

s/ Derek Linke

---

Derek Newman
Derek Linke
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
derek@newmanlaw.com
linke@newmanlaw.com

Attorneys for Plaintiff
Wisconsin Technology Venture Group, LLC

Consented to and authorized by:

ONE WAY SHOPPING, LLC

*[signature]*

Elijah Gichuhi, its principal and sole owner
One Way Shopping, LLC
2400 Sandy Plains Road bld 2, suite 222
Kennesaw, GA 30066

IT IS SO ORDERED

Dated this 15th day of April, 2013.

*[signature]*

HONORABLE WILLIAM M. CONLEY
UNITED STATES DISTRICT JUDGE